# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:**   **LEWIS TYLER BROWN JR.,** | : | Case No. 12-54341 |
| | : | |
| | : | Chapter 13 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Now comes Debtor LEWIS TYLER BROWN JR. by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

LEWIS TYLER BROWN JR.
369 N. Roosevelt Ave. Apt. 2
Columbus, OH 43209

Respectfully submitted,

Dated: 30 January 2015

*/s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:  614.444.5290
Fax:  614.444.4446